UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62371-CIV-SINGHAL/VALLE

WILLIAM JAMES GRIFFIN, *et al.*,

    Plaintiffs,

v.

BENEFYTT TECHNOLOGIES, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Suggestion of Bankruptcy as to Benefytt Technologies, Inc. ("Benefytt"), and Health Plan Intermediaries Holdings, LLC ("HPIH") (DE [183]). On May 23, 2023, Benefytt and HPIH filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, commencing Case No. 23-90566 (Bankr. S.D. Tex.). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **STAYED** as to Benefytt and HPIH. Protection of the automatic stay does not apply to a co-defendant who is not in bankruptcy. *In re Sunbeam Securities Litig.,* 261 B.R. 534, 536 (S.D. Fla. 2001). Extending a stay to a non-bankrupt co-defendant is done rarely, justified in only unusual circumstances. *Dewitt v. Daley,* 336 B.R. 552, 556 (S.D. Fla. 2006). No later than **June 6, 2023**, the parties shall notify the Court of their respective positions on staying the remainder of this case.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of May 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF