UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62371-CIV-SINGHAL/VALLE

WILLIAM JAMES GRIFFIN, *et al.*,

    Plaintiffs,

v.

BENEFYTT TECHNOLOGIES, INC., *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Joint Motion to Further Extend Stay (DE [200]) filed by Plaintiffs and Defendant Assurance IQ, LLC. On June 7, 2023, the Court granted a Joint Motion to Stay Based upon the parties' Notice of Settlement in Principle. (DE [186]). The parties filed a Motion to Extend the Stay (DE [194]), and the Court extended the stay until August 14, 2023, to allow settlement documents to be finalized. (DE [197]). As that date approached, the parties asked to extend the stay to permit the parties time to obtain contact information for class members from defendant-in-bankruptcy Benefytt Technologies, Inc. (DE [198]). That motion was granted, and the case was stayed until September 14, 2023. (DE [199]).

    Movants cannot notify putative class members of the settlement until they receive contact information from Benefytt. Movants have filed a joint Rule 2004 motion in the bankruptcy proceeding seeking to compel production of the data base containing the customers' contact information. Benefytt has objected to the motion; the issue is fully briefed before the bankruptcy court and a ruling is pending. The Movants request an additional stay, until November 14, 2023, to allow the bankruptcy court to rule and for

Benefytt to produce the customer contact information. They anticipate filing a motion to certify the putative classes for settlement purposes by that date.

For the reasons set forth above, the Court finds that extension of the stay is warranted. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties' Joint Motion to Further Extend Stay (DE [200]) is **GRANTED.** The stay is extended until **November 14, 2023.** The parties shall file their joint motion to certify class for settlement purposes by **November 14, 2023.** The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** any pending motions. The case will be **RE-OPENED** upon the filing of the joint motion to certify class for settlement purposes.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of September 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF