UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM JAMES GRIFFIN, ET AL., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 0:20-cv-62371-AHS ) |
| BENEFYTT TECHNOLOGIES, INC., ET AL. | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS
BENEFYTT TECHNOLOGIES, INC. AND HEALTH PLAN INTERMEDIARIES
HOLDINGS, INC. AND DESIGNATION OF E-MAIL ADDRESSES**

Please take notice that Dale A. Evans Jr. of Locke Lord LLP, hereby gives notice of appearance in this matter on behalf of defendants Benefytt Technologies, Inc. and Health Plan Intermediaries Holdings, LLC.

Please take further notice that e-mail addresses for service of all documents required or permitted to be served on all parties in this matter, are as follows:

Primary: dale.evans@lockelord.com
Secondary: tina.sullivan@lockelord.com
autodocket@lockelord.com

All pleadings and documents should hereafter be served by email upon all such designated email addresses.

Dated:  September 22, 2023

By: /s/ *Dale A. Evans Jr.*
Dale A. Evans Jr.
Florida Bar Number: 98496
**LOCKE LORD LLP**
777 South Flagler Drive, Suite 215-East
West Palm Beach, Florida 33401
Telephone: 561-833-7700
Facsimile: 561-655-8719
dale.evans@lockelord.com

*Counsel for defendants Benefytt Technologies, Inc. and Health Plan Intermediaries Holdings, LLC*

134728023