# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| WILLIAM JAMES GRIFFIN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BENEFYTT TECHNOLOGIES, INC., ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. 0:20- cv-62371-AHS |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Plaintiffs William James Griffin, Ashley Lawley, William "Jeff" Cooper, Sandra Wilson and Vicki Needham ("Plaintiffs"), for themselves and the Settlement Class Members, respectfully move for an expansion of the page limit that would apply to their Motion for Preliminary Approval of Settlement Agreement, Certification of Settlement Classes, Approval of Class Notice and Scheduling of a Fairness Hearing ("Motion for Preliminary Approval") to be filed in this case on November 14, 2023. Local Rule 7.1(c)(2) states that "[neither] a motion and its incorporated memorandum of law . . . shall exceed twenty (20) pages." Plaintiffs respectfully request that the Court expand the page limit governing Motion for Preliminary Approval to thirty (30) pages.

The basis for Plaintiffs' Motion is set forth below:

1. The Motion is unopposed.

2. The page extension would only result in Plaintiffs' Motion for Preliminary Approval exceeding the Local Rule's limitation by 10 pages and is necessary to adequately address the settlement of this matter on behalf of the Plaintiffs and the Settlement Classes.

Accordingly, Plaintiffs request that the Court grant Plaintiffs leave to file a Motion for

Preliminary Approval that does not exceed thirty pages.

                                          Respectfully submitted,

Dated: November 13, 2023        **WHATLEY KALLAS, LLP**

*/s/ Charles Nicholas Dorman*
Charles Nicholas Dorman
111 North Orange Avenue
Suite 800
Orlando, Florida 32801
Telephone: (321) 325-6624
Facsimile: (800) 922-4851
Email:  ndorman@whatleykallas.com

Joe R. Whatley Jr.
W. Tucker Brown
2001 Park Place North 1000
Park Place Tower
P.O. Box 10968
Birmingham, AL 35203
Telephone: (205) 488-1200
Facsimile: (800) 922-4851
jwhatley@whatleykallas.com
tbrown@whatleykallas.com

Patrick J. Sheehan
101 Federal Street, 19th Floor
Boston, MA 02110
Telephone: (617) 573-5118
Facsimile: (617) 371-2950
psheehan@whatleykallas.com

**MATT CARROLL LAW, LLC**
Matt Carroll
P.O. Box 660749
Vestavia, AL 35216
Telephone: (205) 240-2586
Email: matt@mattcarrollfirm.com

**INGE JOHNSTONE LAW OFFICES**
F. Inge Johnstone
1 Independence Plaza
Homewood, AL 35209
Telephone: (205) 771-4009
Facsimile: (205) 771-4049

Email:  ijohnstone@ingejohnstone.com

J. Dennis Gallups
PO Box 381894
Birmingham, AL 35283

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed on November 13, 2023, with the Clerk of the Court using the CM/ ECF system which will send notification of such filing to the following counsel of record:

Val Leppert
KING & SPALDING LLP
200 S. Biscayne Blvd., Suite 4700
Miami, FL 33131
(404) 572-4600
vleppert@kslaw.com

Dale A. Evans Jr.
Florida Bar Number: 98496
LOCKE LORD LLP
777 South Flagler Drive, Suite 215-East
West Palm Beach, Florida 33401
Telephone: 561-833-7700
Facsimile: 561-655-8719
dale.evans@lockelord.com

Vincent A. Sama (*Pro Hac Vice*)
Catherine B. Schumacher (*Pro Hac Vice*)
Daphne Morduchowitz (*Pro Hac Vice*)
Sarah Fedner (*Pro Hac Vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
vsama@seyfarth.com
cschumacher@seyfarth.com
dmorduchowitz@seyfarth.com
sfedner@seyfarth.com

Martha Rosa Mora
AVILA RODRIGUEZ HERNANDEZ
MENA & FERRI
2525 Ponce de Leon Boulevard
Penthouse 1225
Coral Gables, FL 33134
(305) 779-3567
mmora@arhmf.com

Renée B. Appel (*Pro Hac Vice*)
975 F Street NW
Washington, D.C. 20004
Telephone: (202) 828-5371
rappel@seyfarth.com

*/s/ Charles Nicholas Dorman*
Attorney for Plaintiffs

4